UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ZUMBRO RIVER BRAND, INC.,

    Plaintiff,

v.

HOUSTON CASUALTY COMPANY,

    Defendant.

Case No: 19-cv-00826

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Zumbro River Brand, Inc., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Houston Casualty Company.

**DEWITT LLP**

Dated: April 26, 2019

By: */s/ Sarah E. Roeder*
Sarah E. Roeder (#0391495)
2100 AT&T Tower
901 Marquette Avenue
Minneapolis, MN  55402
612-305-1400
ser@dewittllp.com

Megan A. Senatori (WI Bar ID #1037314)
*Pro hac vice*
Deborah C. Meiners (WI Bar ID #1074114)
*Pro hac vice*
Two East Mifflin Street, Suite 600
Madison, WI  53703-2865
608-255-8891
ms@dewittross.com
dcm@dewittross.com

**ATTORNEYS FOR PLAINTIFF
ZUMBRO RIVER BRAND, INC.**